XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorney General
 455 Golden Gate Ave., Ste. 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3624
 Fax: (415) 703-5843
 E-mail: Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, Lilia García-Brower, Julie A. Su, and Kevin Kish, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, et al.,**<br><br>Defendants. | 2:19-cv-02456-KJM-DB<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Action Filed: December 9, 2019<br><br>Judge: Kimberly J. Mueller. |

1

Defs.' Not. Appeal (2:19-cv-02456-KJM-DB)

Defendants Xavier Becerra, Lilia García-Brower, Julie A. Su, and Kevin Kish, in their official capacities, appeal to the United States Court of Appeals for the Ninth Circuit from this Court's January 31, 2020 minute order (ECF No. 44) and February 7, 2020 written order (ECF No. 47) granting Plaintiffs' motion for a preliminary injunction barring enforcement of Assembly Bill 51.

Dated:  February 19, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/ s /  Chad A. Stegeman*
CHAD A. STEGEMAN
Deputy Attorney General
*Attorneys for Defendants Xavier Becerra, Lilia García-Brower, Julie A. Su, and Kevin Kish, in their official capacities*

SA2019106348

2

Defs.' Not. Appeal (2:19-cv-02456-KJM-DB)

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Xavier Becerra, Lilia García-Brower, Julie A. Su, and Kevin Kish, in their official capacities

Name(s) of counsel (if any):

Chad A. Stegeman

Address: 455 Golden Gate Ave., Ste. 11000, San Francisco, CA 94102
Telephone number(s): 415.510.3624
Email(s): chad.stegeman@doj.ca.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Chamber of Commerce of the United States, California Chamber of Commerce

Name(s) of counsel (if any):

Donald M. Falk, Mayer Brown LLP

Address: Two Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306
Telephone number(s): 650.331.2000
Email(s): DFalk@mayerbrown.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Chamber of Commerce of the United States, California Chamber of Commerce

Name(s) of counsel (if any):

Archis A. Parasharami, Mayer Brown LLP

Address: 1999 K. Street, N.W. Washington, DC 20006

Telephone number(s): 202.263.3000

Email(s): AParasharami@mayerbrown.com

Name(s) of party/parties:

National Retail Federation, Cal. Retailers Ass'n, National Ass'n of Security Companies, Home Care Ass'n of America, Cal. Ass'n for Health Services at Home

Name(s) of counsel (if any):

Bruce J. Sarchet, Little Mendelson, P.C.

Address: 500 Capitol Mall, Ste. 200, Sacramento, CA 95814

Telephone number(s): 916.830.7200

Email(s): bsarchet@littler.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                          *2*                                   *New 12/01/2018*