**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814**

TO:	CLERK, U.S. COURT OF APPEALS

FROM:	CLERK, U.S. DISTRICT COURT

SUBJECT:	NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:19–CV–02456–KJM–DB** |
| USDC Judge: | **CHIEF DISTRICT JUDGE KIMBERLY J. MUELLER** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA vs. XAVIER BECERRA** |
| Type: | **CIVIL** |
| Complaint Filed: | **12/9/2019** |
| Appealed Order/Judgment Filed: | **2/7/2020** |
| Court Reporter Information: | **Diane Shepard** |

FEE INFORMATION

**Fee Status: Paid on 2/19/2020 in the amount of $505.00**

Information prepared by: /s/ **A. Coll , Deputy Clerk**