XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorney General
 455 Golden Gate Ave., Ste. 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3624
 Fax: (415) 703-5843
 E-mail: Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, Lilia Garcia-Brower, Julie A. Su, and Kevin Kish, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, et al.,**<br><br>Defendants. | 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Action Filed: December 9, 2019<br><br>Judge: Kimberly J. Mueller |

1

# STIPULATION AND REQUEST

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Xavier Becerra, Lilia Garcia-Brower, Julie A. Su, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the April 16, 2020 case management conference for 120 days while the Ninth Circuit Court of Appeals considers the pending appeal of this Court's Preliminary Injunction Orders (ECF Nos. 44 and 47). Furthermore, constraints resulting from COVID-19 safety measures, including shelter-in-place orders, warrant a continuance of the conference and attendant meet and confer and filing requirements.

This continuance will allow for the orderly consideration of the preliminary injunction order, which will significantly affect the proceedings in this Court.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: March 31, 2020

MAYER BROWN LLP

*/s/ Donald M. Falk (as authorized on March 31, 2020)*
DONALD M. FALK
*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home*

2

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

| | | |
|---|---|---|
| 1 | Dated:  March 31, 2020 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | TAMAR PACHTER<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s / Chad A. Stegeman*<br>CHAD A. STEGEMAN<br>Deputy Attorney General |
| 6 | | *Attorneys for Defendants Xavier Becerra, Lilia Garcia-Brower, Julie A. Su, and Kevin Kish, in their official capacities* |

SA2019106348

3

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

**[PROPOSED] ORDER**

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for April 16, 2020, at 2:30 p.m. The case management conference is continued to August __, 2020.

IT IS SO ORDERED.

Date:_____

_____
Kimberly J. Mueller
Chief District Court Judge

4

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)