XAVIER BECERRA
Attorney General of California
MICHELLE M. MITCHELL
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorney General
 455 Golden Gate Ave., Ste. 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3624
 Fax:  (415) 703-5843
 E-mail:  Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, Lilia Garcia-Brower, Julie A. Su, and Kevin Kish, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, et al.,**<br><br>Defendants. | 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Action Filed:  December 9, 2019<br><br>Judge: Kimberly J. Mueller. |

1

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

# STIPULATION AND REQUEST

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Xavier Becerra, Lilia Garcia-Brower, Julie A. Su, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the September 3, 2020 case management conference for 120 days while the Ninth Circuit Court of Appeals considers the pending appeal of this Court's Preliminary Injunction Orders (ECF Nos. 44 and 47).  Briefing in the appeal was unexpectedly delayed due to constraints resulting from COVID-19 safety measures, including shelter-in-place orders.  Continuing the conference and attendant meet and confer and filing requirements will allow for the orderly consideration of the preliminary injunction order, which will significantly affect the proceedings in this Court.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated:  August 19, 2020                     MAYER BROWN LLP

*/s/ Donald M. Falk (as authorized on August 19, 2020)*
DONALD M. FALK
*Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce*

Dated:  August 19, 2020                     LITTLER MENDELSON, P.C.

*/s/ Bruce J. Sarchet (as authorized on August 19, 2020)*
BRUCE J. SARCHET

*Attorneys for  National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home*

2

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

| | |
|---|---|
| Dated:  August 19, 2020 | Respectfully submitted, |
| | XAVIER BECERRA<br>Attorney General of California<br>MICHELLE M. MITCHELL<br>Supervising Deputy Attorney General |
| | */s/ Chad A. Stegeman*<br>CHAD A. STEGEMAN<br>Deputy Attorney General<br>*Attorneys for Defendants Xavier Becerra, Lilia Garcia-Brower, Julie A. Su, and Kevin Kish, in their official capacities* |

SA2019106348

3

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

**[PROPOSED] ORDER**

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for September 3, 2020, at 2:30 p.m.  The case management conference is continued to January 7, 2020, at 2:30 p.m.

IT IS SO ORDERED.

Date:_____              _____
                                                                          Kimberly J. Mueller
                                                                          Chief District Court Judge

4

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

# CERTIFICATE OF SERVICE

Case Name: **Chamber of Commerce of the United States of America, et al. v. Xavier Becerra, et al.**

Case No. **2:19-cv-02456-KJM**

I hereby certify that on <u>August 19, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 19, 2020</u>, at San Francisco, California.

M. Mendiola
Declarant

*M. Mendiola*
Signature

SA2019106348
42313780.docx