1  XAVIER BECERRA
   Attorney General of California
2  HEATHER B. HOESTEREY
   Supervising Deputy Attorney General
3  CHAD A. STEGEMAN, State Bar No. 225745
   Deputy Attorney General
4   455 Golden Gate Ave., Ste. 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 510-3624
    Fax: (415) 703-5843
6   E-mail: Chad.Stegeman@doj.ca.gov
   *Attorneys for the State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, et al.,**<br><br>Defendants. | 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Action Filed: December 9, 2019<br><br>Judge: Kimberly J. Mueller. |

1

**STIPULATION AND REQUEST**

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Xavier Becerra, Lilia García-Brower, Julie A. Su, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the January 28, 2021 case management conference for 120 days while the Ninth Circuit Court of Appeals considers the pending appeal of this Court's Preliminary Injunction Orders (ECF Nos. 44 and 47). The appeal is fully briefed, the court heard oral argument on December 7, 2020, and the matter was submitted. The court has not issued a decision on the appeal. Continuing the conference and attendant meet and confer and filing requirements will allow for the orderly consideration of the preliminary injunction order, which will significantly affect the proceedings in this Court.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated:  January 12, 2021         MAYER BROWN LLP

                                 */ s /  Donald M. Falk (as authorized on January 12, 2021)*
                                 DONALD M. FALK
                                 *Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce*

Dated:  January 12, 2021         LITTLER MENDELSON, P.C.

                                 */ s /  Bruce J. Sarchet (as authorized on January 12, 2021)*
                                 BRUCE J. SARCHET

                                 *Attorneys for  National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home*

2

Stip. And Request to Continue Case Management Conf.; Order  (2:19-cv-02456-KJM-DB)

| | | |
|---|---|---|
| 1 | Dated:  January 12, 2021 | Respectfully submitted, |
| 2 | | XAVIER BECERRA |
| | | Attorney General of California |
| 3 | | HEATHER B. HOESTEREY |
| | | Supervising Deputy Attorney General |
| 4 | | |
| | | */s / Chad A. Stegeman* |
| 5 | | CHAD A. STEGEMAN |
| | | Deputy Attorney General |
| 6 | | *Attorneys for the State Defendants* |

SA2019106348

3

**ORDER**

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for January 28, 2021, at 2:30 p.m. The case management conference is continued to May 20, 2021, at 2:30 p.m.

IT IS SO ORDERED.

DATED: January 14, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4

Stip. And Request to Continue Case Management Conf.; Order  (2:19-cv-02456-KJM-DB)