1  ROB BONTA
   Attorney General of California
2  HEATHER B. HOESTEREY
   Supervising Deputy Attorney General
3  CHAD A. STEGEMAN, State Bar No. 225745
   Deputy Attorney General
4   455 Golden Gate Ave., Ste. 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 510-3624
    Fax: (415) 703-5843
6   E-mail: Chad.Stegeman@doj.ca.gov
   Attorneys for the State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA,[1] et al.,**<br><br>Defendants. | 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Action Filed: December 9, 2019<br><br>Judge: Kimberly J. Mueller. |

---

[1] Rob Bonta, California Attorney General, succeeds former Attorney General Xavier Becerra. Fed. R. Civ. P. 25(d) (an "officer's successor is automatically substituted as a party").

## STIPULATION AND REQUEST

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Rob Bonta, Lilia García-Brower, Julie A. Su, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the May 20, 2021 case management conference for 119 days while the Ninth Circuit Court of Appeals continues its consideration of the pending appeal of this Court's Preliminary Injunction Orders (ECF Nos. 44 and 47). The appeal is fully briefed, the court heard oral argument on December 7, 2020, and the matter was submitted. The court has not issued a decision on the appeal. Continuing the conference and attendant meet and confer and filing requirements will allow for the orderly consideration of the preliminary injunction order, which will significantly affect the proceedings in this Court.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: May 3, 2021

MAYER BROWN LLP

*/s/ Donald M. Falk (as authorized on May 3, 2021)*
DONALD M. FALK
*Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce*

Dated: May 3, 2021

LITTLER MENDELSON, P.C.

*/s/ Bruce J. Sarchet (as authorized on May 3, 2021)*
BRUCE J. SARCHET

*Attorneys for National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home*

Dated: May 3, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
HEATHER B. HOESTEREY
Supervising Deputy Attorney General

*/s / Chad A. Stegeman*
CHAD A. STEGEMAN
Deputy Attorney General
*Attorneys for the State Defendants*

SA2019106348

**ORDER**

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for May 20, 2021, at 2:30 p.m. The case management conference is continued to September 16, 2021, at 2:30 p.m.

IT IS SO ORDERED.

DATED: May 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE