ROB BONTA
Attorney General of California
HEATHER B. HOESTEREY
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorney General
 455 Golden Gate Ave., Ste. 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3624
 Fax: (415) 703-5843
 E-mail:  Chad.Stegeman@doj.ca.gov
*Attorneys for the State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA,[1] et al.,**<br><br>Defendants. | 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Action Filed:  December 9, 2019<br><br>Judge: Kimberly J. Mueller. |

---

[1] Rob Bonta, California Attorney General, succeeds former Attorney General Xavier Becerra.  Fed. R. Civ. P. 25(d) (an "officer's successor is automatically substituted as a party").

1

## STIPULATION AND REQUEST

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Rob Bonta, Lilia García-Brower, Julie A. Su, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the September 16, 2021 case management conference for 119 days while the Ninth Circuit Court of Appeals continues its consideration of the pending appeal of this Court's Preliminary Injunction Orders (ECF Nos. 44 and 47). The appeal is fully briefed, the court heard oral argument on December 7, 2020, and the matter was submitted. The court has not issued a decision on the appeal. Continuing the conference and attendant meet and confer and filing requirements will allow for the orderly consideration of the preliminary injunction order, which will significantly affect the proceedings in this Court.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated:  August 27, 2021                                             MAYER BROWN LLP

/ s /  *Donald M. Falk (as authorized on August 27, 2021)*
DONALD M. FALK
*Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce*

Dated:  August 27, 2021                                             LITTLER MENDELSON, P.C.

/ s /  *Bruce J. Sarchet (as authorized on August 27, 2021)*
BRUCE J. SARCHET

*Attorneys for  National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home*

2

Stip. And Request to Continue Case Management Conf.; Order  (2:19-cv-02456-KJM-DB)

Dated: August 27, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
HEATHER B. HOESTEREY
Supervising Deputy Attorney General

*/s/ Chad A. Stegeman*
CHAD A. STEGEMAN
Deputy Attorney General
*Attorneys for the State Defendants*

SA2019106348

3

Stip. And Request to Continue Case Management Conf.; Order  (2:19-cv-02456-KJM-DB)

**ORDER**

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for September 16, 2021, at 2:30 p.m.  The case management conference is continued to January 13, 2022, at 2:30 p.m.

IT IS SO ORDERED.

Date:  September 3, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

4

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

# CERTIFICATE OF SERVICE

Case Name: **Chamber of Commerce of the United States of America, et al. v. Xavier Becerra, et al.**   No.   **2:19-cv-02456-KJM**

I hereby certify that on August 27, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 27, 2021, at San Francisco, California.

| Eileen Santos | *[signature: Eileen Santos]* |
|---|---|
| Declarant | Signature |

SA2019106348
42844195.docx