ROB BONTA
Attorney General of California
MICHELLE M. MITCHELL
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorney General
 455 Golden Gate Ave., Ste. 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3624
 Fax: (415) 703-5843
 E-mail: Chad.Stegeman@doj.ca.gov
*Attorneys for the State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA,[1] et al.,**<br><br>Defendants. | 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Action Filed: December 9, 2019<br><br>Judge: Kimberly J. Mueller. |

---

[1] Rob Bonta, California Attorney General, succeeds former Attorney General Xavier Becerra; Natalie Palugyai, succeeds Julie Su the former Secretary of California's Labor and Workforce Development Agency.  Fed. R. Civ. P. 25(d) (an "officer's successor is automatically substituted as a party").

1

## STIPULATION AND REQUEST

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Rob Bonta, Lilia García-Brower, Natalie Palugyai, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the January 13, 2022 case management conference to May 12, 2022, while the Ninth Circuit Court of Appeals continues its consideration of the pending appeal of this Court's Preliminary Injunction Orders (ECF Nos. 44 and 47). While the Ninth Circuit panel issued its decision on September 15, 2021, Plaintiffs-Appellees petitioned for a rehearing of the decision *en banc* and the Court ordered Defendants-Appellants to file an opposition on December 10, 2021. The petition is now submitted by the parties for consideration, and other parties may submit amicus briefs on or before December 20, 2021. Once fully submitted, and with the intervening holidays, it is unlikely the Ninth Circuit will make a decision on the petition before the January 13, 2022 conference with this Court. Accordingly, continuing the conference and attendant meet and confer and filing requirements will allow for the orderly consideration of the petition and the preliminary injunction order, which will significantly affect the proceedings in this Court.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: December 10, 2021       MAYER BROWN LLP

*/ s / Donald M. Falk (as authorized on December 10, 2021)*
DONALD M. FALK
*Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce*

LITTLER MENDELSON, P.C.

Dated: December 10, 2021       */ s / Bruce J. Sarchet (as authorized on December 10, 2021)*
BRUCE J. SARCHET

*Attorneys for National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home*

2

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

| | | |
|---|---|---|
| 1 | Dated: December 10, 2021 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MICHELLE M. MITCHELL<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s / Chad A. Stegeman*<br>CHAD A. STEGEMAN<br>Deputy Attorney General |
| 6 | | *Attorneys for the State Defendants* |

SA2019106348

3

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

**[PROPOSED] ORDER**

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for January 13, 2022, at 2:30 p.m.  The case management conference is continued to May 12, 2022, at 2:30 p.m.

IT IS SO ORDERED.

Date:_____                    _____
                                         Kimberly J. Mueller
                                         Chief District Court Judge