ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
KRISTIN A. LISKA, State Bar No. 315994
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3916
 Fax:  (415) 703-5480
 E-mail:  Kristin.Liska@doj.ca.gov
*Attorneys for the State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, et al.,**<br><br>Defendants. | Case No.: 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Action Filed:  December 9, 2019<br><br>Judge: Kimberly J. Mueller. |

1

**STIPULATION AND REQUEST**

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Rob Bonta, Lilia García-Brower, Natalie Palugyai, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the October 20, 2022 case management conference to March 3, 2023, while the Ninth Circuit Court of Appeals continues its consideration of the pending appeal of this Court's Preliminary Injunction Orders (ECF Nos. 44 and 47). The Ninth Circuit panel issued its decision on September 15, 2021, and Plaintiffs-Appellees petitioned for a rehearing of the decision.  On August 22, 2022, the panel granted the motion for rehearing by the panel and withdrew its September 15, 2021 decision.  The new decision of the Ninth Circuit on rehearing has not yet been issued.  Accordingly, continuing the conference and attendant meet and confer and filing requirements will allow for the orderly consideration of the appeal of the preliminary injunction order, which will significantly affect the proceedings in this Court.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

2

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

| | | |
|---|---|---|
| Dated: October 6, 2022 | | MAYER BROWN LLP |
| | | */s/ Archis A. Parasharami* (as authorized by email on October 6, 2022) |
| | | ARCHIS A. PARASHARAMI<br>*Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce* |
| Dated: October 6, 2022 | | LITTLER MENDELSON, P.C. |
| | | */s/ Maury Baskin* (as authorized by email on October 6, 2022) |
| | | MAURY BASKIN |
| | | *Attorneys for National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home* |
| Dated: October 6, 2022 | | Respectfully submitted, |
| | | ROB BONTA<br>Attorney General of California<br>ANYA M. BINSACCA<br>Supervising Deputy Attorney General |
| | | */s/ Kristin Liska* |
| | | KRISTIN A. LISKA<br>Deputy Attorney General<br>*Attorneys for the State Defendants* |

3

### [PROPOSED] ORDER

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for October 20, at 2:30 p.m. The case management conference is continued to March 3, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Date:_____                            _____
                                                                          Kimberly J. Mueller
                                                                          Chief District Court Judge

4

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)