ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
KRISTIN A. LISKA, State Bar No. 315994
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3916
 Fax: (415) 703-5480
 E-mail: Kristin.Liska@doj.ca.gov
*Attorneys for the State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, et al.,**<br><br>Defendants. | Case No.: 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Action Filed: December 9, 2019<br><br>Judge: Kimberly J. Mueller |

1

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

**STIPULATION AND REQUEST**

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Rob Bonta, Lilia García-Brower, Natalie Palugyai, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the March 9, 2023 case management conference to April 20, 2023. On February 15, 2023, the Ninth Circuit Court of Appeals issued its new decision affirming this Court's Preliminary Injunction Orders (ECF Nos. 44 and 47). Continuing the conference and attendant meet and confer and filing requirements will allow for the parties to have a meaningful opportunity to discuss appropriate next steps in this Court in light of the Ninth Circuit's recent decision.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated:  February 23, 2023                                      MAYER BROWN LLP

*/s/ Archis Parasharami* (as authorized by email on February 23, 2023)

ARCHIS A. PARASHARAMI
*Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce*

Dated:  February 23, 2023                                      LITTLER MENDELSON, P.C.

*/s/ Bruce Sarchet* (as authorized by email on February 23, 2023)

BRUCE J. SARCHET

*Attorneys for National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home*

2

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

| | | |
|---|---|---|
| 1 | Dated:  February 23, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ANYA M. BINSACCA<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s/ Kristin Liska* |
| 6 | | KRISTIN A. LISKA<br>Deputy Attorney General |
| 7 | | *Attorneys for the State Defendants* |

3

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

**[PROPOSED] ORDER**

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for March 9, 2023, at 2:30 p.m.  The case management conference is continued to April 20, 2023, at 2:30 p.m.

IT IS SO ORDERED.


Date:_____                    _____
                                         Kimberly J. Mueller
                                         Chief District Court Judge

4

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)