ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
KRISTIN A. LISKA, State Bar No. 315994
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3916
 Fax: (415) 703-5480
 E-mail: Kristin.Liska@doj.ca.gov
*Attorneys for the State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, et al.,**<br><br>Defendants. | Case No.: 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Action Filed:  December 9, 2019<br><br>Judge: Kimberly J. Mueller. |

1

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

**STIPULATION AND REQUEST**

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Rob Bonta, Lilia García-Brower, Natalie Palugyai, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the June 29, 2023 case management conference to August 31, 2023. On February 15, 2023, the Ninth Circuit Court of Appeals issued its new decision affirming this Court's Preliminary Injunction Orders (ECF Nos. 44 and 47). In light of that decision, the parties have now entered into discussions regarding a settled resolution to this matter. Continuing the conference and attendant meet and confer and filing requirements will allow the parties to continue their discussions towards a settled resolution.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: June 15, 2023                    MAYER BROWN LLP

                                        */s/ Archis Parasharami* (as authorized by email on June 15, 2023)

                                        ARCHIS A. PARASHARAMI
                                        *Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce*

Dated: June 16, 2023                    LITTLER MENDELSON, P.C.

                                        */s/ Maury Baskin* (as authorized by email June 16, 2023)

                                        MAURY BASKIN

                                        *Attorneys for National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home*

2

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

| | | |
|---|---|---|
| 1 | Dated: June 15, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | ANYA M. BINSACCA |
| | | Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s/ Kristin Liska* |
| 6 | | KRISTIN A. LISKA |
| | | Deputy Attorney General |
| 7 | | *Attorneys for the State Defendants* |

3

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

**ORDER**

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for June 29, 2023 at 2:30 p.m.  The case management conference is continued to September 21, 2023,[1] at 2:30 p.m.

IT IS SO ORDERED.

DATED:  June 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties' identified date of August 31, 2023 is not a viable status conference date.

4

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)