MAYER BROWN LLP
ARCHIS A. PARASHARAMI (SBN 321661)
575 Market St., Suite 2500
San Francisco, CA 94105
Telephone: (415) 874-4230
aparasharami@mayerbrown.com

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, et al.,**<br><br>Defendants. | Case No.: 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Action Filed:  December 9, 2019<br><br>Judge: Kimberly J. Mueller. |

1

Stip. And Request to Continue Case Management Conf.; Order  (2:19-cv-02456-KJM-DB)

**STIPULATION AND REQUEST FOR CONTINUANCE**

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Rob Bonta, Lilia García-Brower, Natalie Palugyai, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the September 21, 2023 case management conference to November 16, 2023.

Plaintiffs and Defendants jointly apologize to the Court for the delay in submitting this status report and request for a further continuance. On February 15, 2023, the Ninth Circuit Court of Appeals issued its new decision affirming this Court's Preliminary Injunction Orders (ECF Nos. 44 and 47). In light of that decision, the parties have been discussing a settled resolution to this matter and have now reached an agreement in principle on a settled resolution. Continuing the conference and attendant meet and confer and filing requirements will allow the parties to memorialize that agreement and file the appropriate documents with the Court to bring this matter to a close.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

2

Stip. And Request to Continue Case Management Conf.; Order  (2:19-cv-02456-KJM-DB)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 13, 2023 | MAYER BROWN LLP |
| 3 | | */s/ Archis A. Parasharami* |
| 4 | | ARCHIS A. PARASHARAMI |
| 5 | | *Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce* |

Dated: September 13, 2023

LITTLER MENDELSON, P.C.

*/s/ Bruce J. Sarchet*

BRUCE J. SARCHET

*Attorneys for National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home*

Dated: September 13, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Kristin Liska*

KRISTIN A. LISKA
Deputy Attorney General
*Attorneys for the State Defendants*

3

Stip. And Request to Continue Case Management Conf.; Order  (2:19-cv-02456-KJM-DB)

**ORDER**

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for September 21, 2023 at 2:30 p.m.  The case management conference is continued to November 16, 2023, at 2:30 p.m.

IT IS SO ORDERED.

Date:  September 14, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4

Stip. And Request to Continue Case Management Conf.; Order  (2:19-cv-02456-KJM-DB)