MAYER BROWN LLP
ARCHIS A. PARASHARAMI (SBN 321661)
575 Market St., Suite 2500
San Francisco, CA 94105
Telephone: (415) 874-4230
aparasharami@mayerbrown.com

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, et al.,**<br><br>Defendants. | Case No.: 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Action Filed:  December 9, 2019<br><br>Judge: Kimberly J. Mueller. |

1

**STIPULATION AND REQUEST FOR CONTINUANCE**

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Rob Bonta, Lilia García-Brower, Natalie Palugyai, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the November 16, 2023 case management conference to January 18, 2024.

As previously reported to the Court (*see* Dkt. No. 80), Plaintiffs and Defendants had reached an agreement in principle on a settled resolution of this matter.  The parties are now on the verge of finalizing the substantive terms of that agreement and anticipate being able to file the appropriate documents with the Court to bring this matter to a close within the next 60 days. Continuing the case management conference and attendant meet-and-confer and filing requirements will allow the parties to effectuate their agreement without the need for further proceedings.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

2

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

Dated:  November 2, 2023                        MAYER BROWN LLP


                                                */s/ Archis A. Parasharami*

                                                ARCHIS A. PARASHARAMI
                                                *Attorneys for Plaintiffs Chamber of*
                                                *Commerce of the United States of America*
                                                *and California Chamber of Commerce*


                                                LITTLER MENDELSON, P.C.
Dated:  November 2, 2023
                                                */s/ Bruce J. Sarchet*

                                                BRUCE J. SARCHET

                                                *Attorneys for National Retail Federation,*
                                                *California Retailers Association, National*
                                                *Association of Security Companies, Home*
                                                *Care Association of America, and California*
                                                *Association for Health Services at Home*


Dated:  November 2, 2023                        Respectfully submitted,

                                                ROB BONTA
                                                Attorney General of California
                                                ANYA M. BINSACCA
                                                Supervising Deputy Attorney General


                                                */s/ Kristin Liska*

                                                KRISTIN A. LISKA
                                                Deputy Attorney General
                                                *Attorneys for the State Defendants*

3

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for November 16, 2023 at 2:30 p.m. The case management conference is continued to January 18, 2024, at 2:30 p.m.

IT IS SO ORDERED.

Date:_____  _____
Kimberly J. Mueller
Chief District Court Judge

4

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)