1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

SACRAMENTO DIVISION

10

11

12   **CHAMBER OF COMMERCE OF THE**          Case No. 2:19-cv-02456-KJM-DB
     **UNITED STATES OF AMERICA, et al.,**

13

                                    Plaintiffs,

14                                               **[PROPOSED] ORDER REGARDING**
                                                 **PERMANENT INJUNCTION**
        **v.**

15
                                                 Judge:      The Honorable Kimberly J.
16   **ROB BONTA, et al.,**                                   Mueller

17                                  Defendants.   Action Filed:  12/09/2019

18

19

20

21

22

23

24

25

26

27

28

1    The Court has received, read, and considered the stipulation in this case filed by Plaintiffs

2   Chamber of Commerce of the United States of America, California Chamber of Commerce,

3   National Retail Federation, California Retailers Association, National Association of Security

4   Companies, Home Care Association of America, and the California Association for Health

5   Services At Home; and Defendants Attorney General Rob Bonta, Labor Commissioner Lilia

6   Garcia Brower, Secretary Stewart Knox of the California Labor and Workforce Development

7   Agency, and Director Kevin Kish of the California Department of Fair Employment and Housing,

8   in their official capacities.  For good cause shown:

9    It is hereby **ORDERED** that Defendants Rob Bonta, in his official capacity as the Attorney

10   General of the State of California; Lilia Garcia Brower, in her official capacity as the Labor

11   Commissioner of the State of California; Stewart Knox, in his official capacity as the Secretary of

12   the California Labor and Workforce Development Agency; and Kevin Kish, in his official

13   capacity as Director of the California Department of Fair Employment and Housing; and each of

14   their successors, are:

15        1.  Enjoined from enforcing sections 432.6(a), (b), and (c) of the California Labor

16            Code where the alleged "waiver of any right, forum, or procedure" is the entry

17            into an arbitration agreement that is covered by the Federal Arbitration Act, 9

18            U.S.C. §§ 1-16 ("FAA"); and

19        2.  Enjoined from enforcing section 12953 of the California Government Code where

20            the alleged violation of "Section 432.6 of the Labor Code" is the entry into an

21            arbitration agreement that is covered by the FAA.

22    It is further **ORDERED** that this action is dismissed with prejudice;

23    It is further **ORDERED** that this Court shall retain jurisdiction over this action for purposes

24   of implementing and enforcing the final judgment; and

25   ///

26   ///

27

28

1

1     It is further **ORDERED** that Plaintiffs shall be awarded $ 822,496 in reasonable attorneys'

2   fees and expenses.

3     It is so **ORDERED**.

4

5   Dated:  December ___, 2023

6                                                    _____

                                                     Honorable Kimberly Mueller
7                                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2