MAYER BROWN LLP
ARCHIS A. PARASHARAMI (SBN 321661)
575 Market St., Suite 2500
San Francisco, CA 94105
Telephone: (415) 874-4230
aparasharami@mayerbrown.com

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, et al.,**<br><br>Defendants. | Case No.: 2:19-cv-02456-KJM-DB<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Action Filed:  December 9, 2019<br><br>Judge: Kimberly J. Mueller. |

1

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

**STIPULATION AND REQUEST FOR CONTINUANCE**

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home, and Defendants Rob Bonta, Lilia García-Brower, Natalie Palugyai, and Kevin Kish, in their official capacities, stipulate to and request a continuance of the January 18, 2024 case management conference.

Plaintiffs and Defendants have now filed with the Court a stipulated proposed final judgment. Dkt. No. 84.  This filing reflects the agreement of the parties to bring this matter to a close.  The parties respectfully request that the Court consider and approve the proposed final judgment.  In the meantime, continuing the case management conference will allow the Court to consider that proposal at the Court's convenience without the need for further proceedings.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated:  December 28, 2023 | MAYER BROWN LLP |
| | |
| | */s/ Archis A. Parasharami* |
| | |
| | ARCHIS A. PARASHARAMI<br>*Attorneys for Plaintiffs Chamber of Commerce of the United States of America and California Chamber of Commerce* |
| | |
| Dated:  December 28, 2023 | LITTLER MENDELSON, P.C. |
| | */s/ Bruce J. Sarchet* |
| | BRUCE J. SARCHET |
| | *Attorneys for National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and California Association for Health Services at Home* |

2

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

| | |
|---|---|
| Dated: December 28, 2023 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>ANYA M. BINSACCA<br>Supervising Deputy Attorney General<br><br>*/s/ Kristin Liska*<br><br>KRISTIN A. LISKA<br>Deputy Attorney General<br>*Attorneys for the State Defendants* |

3

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)

**[PROPOSED] ORDER**

In consideration of the parties' stipulation, good cause is shown to continue the case management conference scheduled for January 18, 2024 at 2:30 p.m.

IT IS SO ORDERED.

Date:_____

_____
Kimberly J. Mueller
Chief District Court Judge

4

Stip. And Request to Continue Case Management Conf.; [Proposed] Order  (2:19-cv-02456-KJM-DB)