1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,** | Case No. 2:19-cv-02456-KJM-DB |
| Plaintiffs, | |
| v. | **ORDER REGARDING PERMANENT INJUNCTION** |
| **ROB BONTA, et al.,** | Judge:  The Honorable Kimberly J. Mueller |
| Defendants. | Action Filed:  12/09/2019 |

The Court has received, read, and considered the stipulation in this case filed by Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, National Retail Federation, California Retailers Association, National Association of Security Companies, Home Care Association of America, and the California Association for Health Services At Home; and Defendants Attorney General Rob Bonta, Labor Commissioner Lilia Garcia Brower, Secretary Stewart Knox of the California Labor and Workforce Development Agency, and Director Kevin Kish of the California Department of Fair Employment and Housing, in their official capacities.  For good cause shown:

It is hereby **ORDERED** that Defendants Rob Bonta, in his official capacity as the Attorney General of the State of California; Lilia Garcia Brower, in her official capacity as the Labor Commissioner of the State of California; Stewart Knox, in his official capacity as the Secretary of the California Labor and Workforce Development Agency; and Kevin Kish, in his official capacity as Director of the California Department of Fair Employment and Housing; and each of their successors, are:

1.  Enjoined from enforcing sections 432.6(a), (b), and (c) of the California Labor Code where the alleged "waiver of any right, forum, or procedure" is the entry into an arbitration agreement that is covered by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"); and

2.  Enjoined from enforcing section 12953 of the California Government Code where the alleged violation of "Section 432.6 of the Labor Code" is the entry into an arbitration agreement that is covered by the FAA.

It is further **ORDERED** that this action is dismissed with prejudice;

It is further **ORDERED** that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing the final judgment; and

///

///

1

1    It is further **ORDERED** that Plaintiffs shall be awarded $ 822,496 in reasonable attorneys'

2    fees and expenses.

3    It is so **ORDERED**.

4    Dated:  January 1, 2024.

5

6    _____

7    CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2